JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 18-1884 JGB (KKx) | Date | February 1, 2022 |
|---|---|---|---|
| Title | Rosa Ervin v. County of San Bernardino, et al. | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order DISMISSING Plaintiff's Complaint for Failure to Prosecute (IN CHAMBERS)

   On September 4, 2018, Plaintiff Rosa Ervin filed a complaint against Defendants County of San Bernardino, Sheriff John McMahon, District Attorney Mike Ramos, and Does 1 through 10. (Dkt. No. 1.) Ms. Ervin failed to file a proof of service to demonstrate she had served the summons and complaint on Defendants within 90 days after the complaint was filed. Fed. R. Civ. P. 4(m). Nor have Defendants answered the complaint within 21 days after service. Fed. R. Civ. P. 12(a)(1). On January 12, 2022, the Court ordered Ms. Ervin to show cause in writing on or before January 17, 2022, why this action should not be dismissed as to the applicable defendants for lack of prosecution. (Dkt. No. 7.) Ms. Ervin has failed to comply with the Court's order.

   Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 42(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, Ms. Ervin has failed to respond to the Court's order to show cause and otherwise failed to prosecute this case with reasonable diligence. Accordingly, the Court DISMISSES Plaintiff's action for failure to prosecute and DIRECTS the Clerk of the Court to close the case.

   **IT IS SO ORDERED.**